DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ROGERS (RODGERS)

No. 21 PC.

Case below: 30 N.C. App. 298.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. RUSS

No. 53 PC.

Case below: 29 N.C. App. 186.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. WHITE

No. 244 PC.

Case below: 30 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

STATE v. WRIGHT

No. 30 PC.

Case below: 30 N.C. App. 405.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 October 1976.

WHITTEN v. AMC/JEEP, INC.

No. 18 PC.

Case below: 30 N.C. App. 161.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 5 October 1976. Petition by Defendant King for discretionary review under G.S. 7A-31 denied 5 October 1976.